|     |     |
| --- | --- |
| 1   | TRACY L. WILKISON |
|     | United States Attorney |
| 2   | DAVID M. HARRIS |
| 3   | Assistant United States Attorney |
|     | Chief, Civil Division |
| 4   | CEDINA M. KIM |
| 5   | Assistant United States Attorney |
|     | Senior Trial Attorney, Civil Division |
| 6   | PAUL SACHELARI, CSBN 230082 |
| 7   | Special Assistant United States Attorney |

      Social Security Administration
      160 Spear St., Suite 800
      San Francisco, CA  94105
      Telephone: (510) 970-4853
      Facsimile: (415) 744-0134
      Email: paul.sachelari@ssa.gov

**JS-6**

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| RAMONA M. REESE, | ) No. 2:21-cv-06216-AS |
| --- | --- |
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] |
|  | ) **JUDGMENT OF REMAND** |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further

///

///

proceedings consistent with the Stipulation of Remand.

DATED: February 22, 2022

/ s / Sagar
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE