# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA M. REESE, | ) Case No.: 2:21-cv-06216-AS |
| Plaintiff, | ) |
| | ) {PROPOSED} ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, | ) AND COSTS PURSUANT TO 28 |
| Acting Commissioner of Social | ) U.S.C. § 1920 |
| Security, | ) |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: May 5, 2022

                                   / s / Sagar
                            THE HONORABLE ALKA SAGAR
                            UNITED STATES MAGISTRATE JUDGE